IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTIONS TO WITHDRAW** |

*This document relates to:*

Jose Cruz Nina, 06-2438
Miguel Rivera Rodriguez, 06-2438
Esfir Klebanova, 07-2212

_____/

Now pending before the Court are the motions of Marc Grossman to withdraw as counsel for the above plaintiffs in the above actions. Counsel is directed to file a declaration as to each plaintiff that more fully explains the reasons for counsel's motion to withdraw. The Court will take the motions to withdraw under submission after the filing of the required declarations.

**IT IS SO ORDERED.**

Dated: September 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderregrossmandeclaration.wpd