Marc Grossman
Randi Kassan
**Sanders Viener Grossman, LLP**
100 Herricks Road
Mineola, NY 11501
Telephone: (516) 741-5252
Fax: (516) 741-0799
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

| | |
|---|---|
| ESTATE OF AGRIPPINA SPICHKA, ET. AL. <br><br> Plaintiff, <br><br> - against - <br><br> PFIZER INC., ET. AL. <br><br> Defendant. | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** <br><br> Index No. 2212/07 <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS** |

Come now Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice as to Estate of Agrippina Spichka, Angel Trinidad, Sarah Burris, Anna Dedonno, Ana Brito, Estate of Maria Forestier Sanabria, Khalil Kasht, Elba Lopez Perez, Estate of Ana Rivera O'neal, Felicita Rosario Alvarez, Isabel Salgado Garcia, Grigory Rubinshteyn, Estate of Francisca Sanchez Miranda, Estate of Boris Adesman, Ismael Perez Sanchez, Bella Khaimovich ONLY** with each side bearing its own attorneys' fees and costs.

Dated:  Mineola, New York
        January 21, 2011

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

DATED: January 21, 2011 By: /s/ Randi A. Kassan, Esq.

**SANDERS VIENER GROSSMAN, LLP**
100 Herricks Road
Mineola, NY 11501
Telephone: (516) 741-5252
Fax: (516) 741-0799
*Attorneys for Plaintiffs*

DATED: 1/24, 2011 By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 25, 2011
Hon. Charles R. Breyer
United States District Court