1 Leslie Hall
2 250-20 87th Drive
Bellerose, New York 11426
3 Telephone: (718) 347-1905

4 Plaintiff *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-2212 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Estate of Agrippina Spichka by her Administrator Lubov Philpson, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Estate of Ann Hall by Her Administrator Leslie Hall, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

//
//
//
//
//
//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**with prejudice** as to the plaintiff named herein with each side bearing its own attorneys' fees and costs.

DATED: 8/5, 2011   By: _____
Leslie Hall
250-20 87th Drive
Bellerose, New York 11426
Telephone: (718) 347-1905

Plaintiff *pro se*

DATED: _____, 2011   By: _____
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Aug. 18, 2011

_____
Hon. Charles R. Breyer
United States District C...

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE